### 73231. HENDERSON v. THE STATE.
(365 SE2d 288)

Beasley, Judge.

On certiorari our decision affirming the trial court in *Henderson v. State*, 182 Ga. App. 513 (356 SE2d 241) (1987) was affirmed in part and reversed in part in *Henderson v. State*, 257 Ga. 618 (362 SE2d 346) (1987). Accordingly, our decision in Divisions 4 and 6 is vacated and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment affirmed in part, reversed in part, and case remanded. Birdsong, C. J., Deen, P. J., McMurray, P. J., Banke, P. J., Carley, Sognier, Pope and Benham, JJ., concur.*

Decided January 6, 1988.

*Billy L. Spruell*, for appellant.

*Robert E. Wilson, District Attorney, Michael J. Bowers, Attorney General, Harrison W. Kohler, Senior Assistant Attorney General, George P. Shingler, Assistant Attorney General*, for appellee.